# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2544 Disciplinary Docket No. 3 |
| | : | |
| JAMES DOWNING BRADY | : | Board File No. C1-18-844 |
| | : | |
| | : | (Supreme Court of New Jersey, D-33 |
| | : | September Term 2017) |
| | : | |
| | : | Attorney Registration No. 33415 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, James Downing Brady is suspended for three months from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.